IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION
FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 NOV 23 AM 11:23

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CASE NUMBER: 1:11cr361 |
| NICHOLAS PHILLIP WASHINGTON | ) | |

**IN RE:** **DAVID WEBER, APPLICATION FOR LEAVE OF ABSENCE**

ORDER

**HAVING BEEN READ AND CONSIDERED,** the foregoing Application for Leave of Absence, said Leave of Absence is hereby granted to Applicant, David Weber, for the following dates:

December 3, 2015 and December 4, 2015 for legal continuing education

and applies to all proceedings of any kind including but not limited to any depositions and hearings which might be scheduled or noticed in the above case.

SO ORDERED this 23 day of November, 2015.

_____
JUDGE, U.S. DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GA